NICHOLAS G. KAIZER
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, NY 10038-5077
Tel.  212 480-4000
Facsimile 212 480-4444
nkaizer@landklaw.com
District of Nevada ID 2123362
*Attorney for Shiyang Gou*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 12 Cr. 0004-APG-GWF |
| | ) | |
| vs. | ) | |
| | ) | |
| SHIYANG GOU, | ) | |
| | ) | |
| Defendant. | ) | |

**THIRD STIPULATION TO CONTINUE
DEFENDANT SHIYANG GOU'S SENTENCING**

CERTIFICATION: This pleading is timely filed pursuant to the Court's November 13, 2013, January 21, 2014 and May 8, 2014 Orders scheduling Shiyang Gou's sentencing date.

It is hereby stipulated and agreed, by and between DANIEL BOGDEN, United States Attorney, by AUSA Kimberly Frayn, and, NICHOLAS KAIZER, attorney for Defendant Shiyang Gou,

That the sentencing of SHIYANG GOU, currently scheduled for September 25, 2014 at 9:00 AM, be continued for ninety (90) days, to **December 26, 2014** or any date thereafter convenient to the Court.

This Stipulation is entered into at the defense request to permit defense counsel to adequately prepare for Mr. Gou's sentencing.  There are matters pending in the Southern

District of New York and the District of Nevada which may impact on Mr. Gou's ultimate sentence.

Those matters will not likely be concluded before Mr. Gou's scheduled sentencing.

Mr. Gou is not in custody and specifically requests this continuance and waives any right to a speedy sentencing he may have.

The requested continuance is not sought for purposes of delay.

This is Mr. Gou's third stipulated request for a continuance of sentence.

Dated: August 20, 2014

DANIEL BOGDEN
United States Attorney


By:  _____/s/_____
     Assistant United States Attorney
     KIMBERLY FRAYN



LEVITT & KAIZER

By:  _____
     Nicholas Kaizer
     40 Fulton Street, 23rd Floor
     New York, NY 10038-5077
     Tel.  212 480-4000
     Facsimile 212 480-4444
     nkaizer@landklaw.com
     District of Nevada ID 2123362
     *Attorneys for Shiyang Gou*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 12 Cr. 0004-APG-GWF |
| vs. | ) |
| SHIYANG GOU, | ) |
| Defendant. | ) |

### FINDINGS OF FACT

Based on the August 19, 2014 Stipulation of counsel for Shiyang Gou and counsel for the government, and good cause appearing therefor, the Court hereby finds that:

1. That counsel for Defendant has requested additional time to effectively prepare for Mr. Gou's sentencing and the government has no objection to a ninety (90) day continuance of Mr. Gou's sentencing, currently scheduled for September 25, 2014, to December 26, 2014 or to a date convenient to the Court.

### CONCLUSIONS OF LAW

Based on the facts set forth above, the Court hereby concludes that the ends of justice are best served by granting this continuance of Shiyang Gou's sentencing, since the failure to grant said continuance would likely to result in a miscarriage of justice, would deny the parties herein sufficient time and opportunity within which to be able to effectively and thoroughly prepare for sentencing.

## ORDER

IT IS HEREBY ORDERED that Shiyang Gou's sentencing, currently scheduled for September 26, 2014 at 9:00 AM shall be and is hereby continued to January 15, 2015 at 9:30 a.m., in Courtroom 6C.

Dated this 20th day of August , 2014

**SO ORDERED:**

_____
HON. ANDREW P. GORDON
United States District Judge

2